IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MANTREAL BRAGGS                                                                  PLAINTIFF

v.                              Case No. 1:17-cv-1011

GENERAL MOTORS, LLC                                                              DEFENDANT

# ORDER

Before the Court is a Stipulation of Dismissal. ECF No. 14. The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties stipulate to the voluntary dismissal of this action with prejudice. Accordingly, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of August, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge